EXHIBIT E

C3_1632 LNHISTF 15013 04/24/2012

**Bank of America**
**Home Loans**

*P.O. Box 5170*
*Simi Valley, CA 93062-5170*

**Notice Date:** 11/20/2012

**Loan No.:** REDACTED 2646

**Property Address:**
543 AUBURN AVENUE
ATLANTA, GA 30312

JANET HILL
543 AUBURN AVE NE
ATLANTA, GA 30312

**IMPORTANT MESSAGE ABOUT YOUR HOME LOAN**

Enclosed is the loan history statement you requested that provides a detailed outline of transactions for the above-referenced loan number. This statement provides a history or information on payments we have received from you, servicing expenses we have paid to third parties, tax and insurance payments paid on your behalf, and any late charges assessed and paid.

**THANK YOU**

If you have any questions, please call us at 1-800-669-6607, Monday-Friday 7a.m. - 7p.m. Local Time.

We appreciate the opportunity to serve your home loan needs.

Bank of America Home Loans



Loan Number: REDACTED 2646
Statement Period: 01/1986 - 11/2012
Date Prepared: 11/20/2012

Property Address:
543 AUBURN AVENUE
ATLANTA, GA 30312

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Beginning Balance** | | | **464,000.00** | | **.00** | | | | **.00** |
| 10/13/2005 | MISC. POSTING | 445.00 | 11/2005 | .00<br>**464,000.00** | 445.00 | .00<br>**.00** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 10/13/2005 | INITIAL INS DEP | 618.75 | 11/2005 | .00<br>**464,000.00** | .00 | 618.75<br>**618.75** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 10/13/2005 | INITIAL TAX DEP | 477.47 | 11/2005 | .00<br>**464,000.00** | .00 | 477.47<br>**1,096.22** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 11/17/2005 | REGULAR PAYMENT | 2,023.03 | 12/2005 | 980.94<br>**463,019.06** | 676.67 | 365.42<br>**1,461.64** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 11/17/2005 | MISC. POSTING | .97 | 12/2005 | .97<br>**463,018.09** | .00 | .00<br>**1,461.64** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 01/10/2006 | REGULAR PAYMENT | 2,023.03 | 01/2006 | -995.10<br>**464,013.19** | 2,652.71 | 365.42<br>**1,827.06** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 01/10/2006 | MISC. POSTING | .97 | 01/2006 | .97<br>**464,012.22** | .00 | .00<br>**1,827.06** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 01/24/2006 | REGULAR PAYMENT | 2,023.03 | 02/2006 | -1,049.13<br>**465,061.35** | 2,706.74 | 365.42<br>**2,192.48** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 01/24/2006 | MISC. POSTING | .97 | 02/2006 | .97<br>**465,060.38** | .00 | .00<br>**2,192.48** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 02/28/2006 | REGULAR PAYMENT | 2,023.03 | 03/2006 | -1,152.13<br>**466,212.51** | 2,809.74 | 365.42<br>**2,557.90** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 02/28/2006 | MISC. POSTING | .97 | 03/2006 | .97<br>**466,211.54** | .00 | .00<br>**2,557.90** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 03/07/2006 | MISC. POSTING | -2.90 | 03/2006 | .00<br>**466,211.54** | .00 | -2.90<br>**2,555.00** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 03/07/2006 | ESCROW SHORTAGE | 2.90 | 03/2006 | .00<br>**466,211.54** | .00 | 2.90<br>**2,557.90** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 03/29/2006 | REGULAR PAYMENT | 2,022.79 | 04/2006 | -1,207.65<br>**467,419.19** | 2,865.26 | 365.18<br>**2,923.08** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 03/29/2006 | MISC. POSTING | 1.21 | 04/2006 | 1.21<br>**467,417.98** | .00 | .00<br>**2,923.08** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 05/02/2006 | REGULAR PAYMENT | 2,022.79 | 05/2006 | -1,263.75<br>**468,681.73** | 2,921.36 | 365.18<br>**3,288.26** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 05/02/2006 | MISC. POSTING | 1.21 | 05/2006 | 1.21<br>**468,680.52** | .00 | .00<br>**3,288.26** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |

REDACTED

Bank of America
Home Loans



| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/12/2006 | REGULAR PAYMENT | 2,022.79 | 06/2006 | -1,320.47<br>**470,000.99** | 2,978.08 | 365.18<br>**3,653.44** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 05/12/2006 | MISC. POSTING | 1.21 | 06/2006 | 1.21<br>**469,999.78** | .00 | .00<br>**3,653.44** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 06/15/2006 | REGULAR PAYMENT | 2,022.79 | 07/2006 | -1,377.81<br>**471,377.59** | 3,035.42 | 365.18<br>**4,018.62** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 06/15/2006 | MISC. POSTING | 1.21 | 07/2006 | 1.21<br>**471,376.38** | .00 | .00<br>**4,018.62** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 08/21/2006 | SPEC. ASSESSMENT | -380.43 | 07/2006 | .00<br>**471,376.38** | .00 | -380.43<br>**3,638.19** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 08/29/2006 | REGULAR PAYMENT | 2,022.79 | 08/2006 | -1,435.80<br>**472,812.18** | 3,093.41 | 365.18<br>**4,003.37** | .00 | .00 | .00<br>**-82.88** | .00<br>**.00** |
| 08/29/2006 | MISC. POSTING | 1.21 | 08/2006 | 1.21<br>**472,810.97** | .00 | .00<br>**4,003.37** | .00 | .00 | .00<br>**-82.88** | .00<br>**.00** |
| 08/29/2006 | MISC. POSTING | 82.88 | 08/2006 | .00<br>**472,810.97** | .00 | .00<br>**4,003.37** | .00 | .00 | 82.88<br>**.00** | .00<br>**.00** |
| 08/29/2006 | MISC. POSTING | .12 | 08/2006 | .12<br>**472,810.85** | .00 | .00<br>**4,003.37** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 08/30/2006 | REGULAR PAYMENT | 2,022.79 | 09/2006 | -1,494.47<br>**474,305.32** | 3,152.08 | 365.18<br>**4,368.55** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 08/30/2006 | MISC. POSTING | 1.21 | 09/2006 | 1.21<br>**474,304.11** | .00 | .00<br>**4,368.55** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 09/12/2006 | CITY TAX PMT | -3,463.97 | 09/2006 | .00<br>**474,304.11** | .00 | -3,463.97<br>**904.58** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 09/22/2006 | COUNTY TAX PMT | -156.88 | 09/2006 | .00<br>**474,304.11** | .00 | -156.88<br>**747.70** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 09/25/2006 | HAZARD INS PMT | -1,655.00 | 09/2006 | .00<br>**474,304.11** | .00 | -1,655.00<br>**-907.30** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 10/12/2006 | REGULAR PAYMENT | 2,022.79 | 10/2006 | -1,553.82<br>**475,857.93** | 3,211.43 | 365.18<br>**-542.12** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 10/12/2006 | MISC. POSTING | 1.21 | 10/2006 | 1.21<br>**475,856.72** | .00 | .00<br>**-542.12** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 11/03/2006 | REGULAR PAYMENT | 2,022.79 | 11/2006 | -1,613.91<br>**477,470.63** | 3,271.52 | 365.18<br>**-176.94** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |

REDACTED

Bank of America Home Loans



| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/03/2006 | MISC. POSTING | 477.21 | 11/2006 | 477.21 | .00 | .00 | .00 | .00 | .00 | .00 |
| | | | | **476,993.42** | | **-176.94** | | | **.00** | **.00** |
| 12/07/2006 | REGULAR PAYMENT | 2,385.56 | 12/2006 | -1,547.09 | 3,329.02 | 603.63 | .00 | .00 | .00 | .00 |
| | | | | **478,540.51** | | **426.69** | | | **.00** | **.00** |
| 12/07/2006 | MISC. POSTING | 114.44 | 12/2006 | 114.44 | .00 | .00 | .00 | .00 | .00 | .00 |
| | | | | **478,426.07** | | **426.69** | | | **.00** | **.00** |
| 01/09/2007 | REGULAR PAYMENT | 2,385.56 | 01/2007 | -1,557.09 | 3,339.02 | 603.63 | .00 | .00 | .00 | .00 |
| | | | | **479,983.16** | | **1,030.32** | | | **.00** | **.00** |
| 01/09/2007 | MISC. POSTING | 114.44 | 01/2007 | 114.44 | .00 | .00 | .00 | .00 | .00 | .00 |
| | | | | **479,868.72** | | **1,030.32** | | | **.00** | **.00** |
| 02/07/2007 | REGULAR PAYMENT | 2,385.56 | 02/2007 | -1,617.14 | 3,399.07 | 603.63 | .00 | .00 | .00 | .00 |
| | | | | **481,485.86** | | **1,633.95** | | | **.00** | **.00** |
| 02/07/2007 | MISC. POSTING | 14.44 | 02/2007 | 14.44 | .00 | .00 | .00 | .00 | .00 | .00 |
| | | | | **481,471.42** | | **1,633.95** | | | **.00** | **.00** |
| 03/06/2007 | REGULAR PAYMENT | 2,385.56 | 03/2007 | -1,628.49 | 3,410.42 | 603.63 | .00 | .00 | .00 | .00 |
| | | | | **483,099.91** | | **2,237.58** | | | **.00** | **.00** |
| 03/06/2007 | MISC. POSTING | 14.44 | 03/2007 | 14.44 | .00 | .00 | .00 | .00 | .00 | .00 |
| | | | | **483,085.47** | | **2,237.58** | | | **.00** | **.00** |
| 03/30/2007 | REGULAR PAYMENT | 2,385.56 | 04/2007 | -1,639.93 | 3,421.86 | 603.63 | .00 | .00 | .00 | .00 |
| | | | | **484,725.40** | | **2,841.21** | | | **.00** | **.00** |
| 03/30/2007 | MISC. POSTING | 14.44 | 04/2007 | 14.44 | .00 | .00 | .00 | .00 | .00 | .00 |
| | | | | **484,710.96** | | **2,841.21** | | | **.00** | **.00** |
| 05/07/2007 | REGULAR PAYMENT | 2,330.44 | 05/2007 | -1,701.93 | 3,483.86 | 548.51 | .00 | .00 | .00 | .00 |
| | | | | **486,412.89** | | **3,389.72** | | | **.00** | **.00** |
| 05/07/2007 | MISC. POSTING | 69.56 | 05/2007 | 69.56 | .00 | .00 | .00 | .00 | .00 | .00 |
| | | | | **486,343.33** | | **3,389.72** | | | **.00** | **.00** |
| 06/20/2007 | REGULAR PAYMENT | 2,330.44 | 06/2007 | -1,713.66 | 3,495.59 | 548.51 | .00 | .00 | .00 | .00 |
| | | | | **488,056.99** | | **3,938.23** | | | **-89.10** | **.00** |
| 06/20/2007 | MISC. POSTING | 269.56 | 06/2007 | 269.56 | .00 | .00 | .00 | .00 | .00 | .00 |
| | | | | **487,787.43** | | **3,938.23** | | | **-89.10** | **.00** |
| 07/13/2007 | REGULAR PAYMENT | 2,330.44 | 07/2007 | -1,724.04 | 3,505.97 | 548.51 | .00 | .00 | .00 | .00 |
| | | | | **489,511.47** | | **4,486.74** | | | **-89.10** | **.00** |
| 07/13/2007 | MISC. POSTING | 169.56 | 07/2007 | 169.56 | .00 | .00 | .00 | .00 | .00 | .00 |
| | | | | **489,341.91** | | **4,486.74** | | | **-89.10** | **.00** |

REDACTED

Bank of America
Home Loans



| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/15/2007 | REGULAR PAYMENT | 2,330.44 | 08/2007 | -1,735.21<br>**491,077.12** | 3,517.14 | 548.51<br>**5,035.25** | .00 | .00 | .00<br>**-89.10** | .00<br>**.00** |
| 08/15/2007 | MISC. POSTING | 69.56 | 08/2007 | 69.56<br>**491,007.56** | .00 | .00<br>**5,035.25** | .00 | .00 | .00<br>**-89.10** | .00<br>**.00** |
| 09/11/2007 | CITY TAX PMT | -3,432.23 | 08/2007 | .00<br>**491,007.56** | .00 | -3,432.23<br>**1,603.02** | .00 | .00 | .00<br>**-89.10** | .00<br>**.00** |
| 09/11/2007 | SPEC. ASSESSMENT | -380.43 | 08/2007 | .00<br>**491,007.56** | .00 | -380.43<br>**1,222.59** | .00 | .00 | .00<br>**-89.10** | .00<br>**.00** |
| 09/19/2007 | REGULAR PAYMENT | 2,330.44 | 09/2007 | -1,747.19<br>**492,754.75** | 3,529.12 | 548.51<br>**1,771.10** | .00 | .00 | .00<br>**-178.20** | .00<br>**.00** |
| 09/19/2007 | MISC. POSTING | 169.56 | 09/2007 | 169.56<br>**492,585.19** | .00 | .00<br>**1,771.10** | .00 | .00 | .00<br>**-178.20** | .00<br>**.00** |
| 09/21/2007 | HAZARD INS PMT | -1,778.00 | 09/2007 | .00<br>**492,585.19** | .00 | -1,778.00<br>**-6.90** | .00 | .00 | .00<br>**-178.20** | .00<br>**.00** |
| 09/28/2007 | COUNTY TAX PMT | -147.50 | 09/2007 | .00<br>**492,585.19** | .00 | -147.50<br>**-154.40** | .00 | .00 | .00<br>**-178.20** | .00<br>**.00** |
| 10/05/2007 | REGULAR PAYMENT | 2,330.44 | 10/2007 | -1,707.22<br>**494,292.41** | 3,489.15 | 548.51<br>**394.11** | .00 | .00 | .00<br>**-178.20** | .00<br>**.00** |
| 10/05/2007 | MISC. POSTING | 169.56 | 10/2007 | 169.56<br>**494,122.85** | .00 | .00<br>**394.11** | .00 | .00 | .00<br>**-178.20** | .00<br>**.00** |
| 11/19/2007 | REGULAR PAYMENT | 2,330.44 | 11/2007 | -1,718.11<br>**495,840.96** | 3,500.04 | 548.51<br>**942.62** | .00 | .00 | .00<br>**-267.30** | .00<br>**.00** |
| 12/26/2007 | REGULAR PAYMENT | 2,464.08 | 12/2007 | -1,596.64<br>**497,437.60** | 3,512.21 | 548.51<br>**1,491.13** | .00 | .00 | .00<br>**-363.08** | .00<br>**.00** |
| 01/02/2008 | REGULAR PAYMENT | 2,464.08 | 01/2008 | -1,556.13<br>**498,993.73** | 3,471.70 | 548.51<br>**2,039.64** | .00 | .00 | .00<br>**-363.08** | .00<br>**.00** |
| 01/02/2008 | MISC. POSTING | 35.92 | 01/2008 | 35.92<br>**498,957.81** | .00 | .00<br>**2,039.64** | .00 | .00 | .00<br>**-363.08** | .00<br>**.00** |
| 02/19/2008 | REGULAR PAYMENT | 2,464.08 | 02/2008 | -1,514.76<br>**500,472.57** | 3,430.33 | 548.51<br>**2,588.15** | .00 | .00 | .00<br>**-458.86** | .00<br>**.00** |
| 02/19/2008 | MISC. POSTING | 35.92 | 02/2008 | 35.92<br>**500,436.65** | .00 | .00<br>**2,588.15** | .00 | .00 | .00<br>**-458.86** | .00<br>**.00** |
| 03/11/2008 | REGULAR PAYMENT | 2,464.08 | 03/2008 | -1,472.80<br>**501,909.45** | 3,388.37 | 548.51<br>**3,136.66** | .00 | .00 | .00<br>**-458.86** | .00<br>**.00** |

REDACTED

Bank of America
Home Loans



| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/2008 | MISC. POSTING | 35.92 | 03/2008 | 35.92<br>**501,873.53** | .00 | .00<br>**3,136.66** | .00 | .00 | .00<br>**-458.86** | .00<br>**.00** |
| 04/16/2008 | REGULAR PAYMENT | 2,464.08 | 04/2008 | -1,377.98<br>**503,251.51** | 3,293.55 | 548.51<br>**3,685.17** | .00 | .00 | .00<br>**-458.86** | .00<br>**.00** |
| 05/15/2008 | REGULAR PAYMENT | 2,405.12 | 05/2008 | -1,282.17<br>**504,533.68** | 3,197.74 | 489.55<br>**4,174.72** | .00 | .00 | .00<br>**-458.86** | .00<br>**.00** |
| 05/15/2008 | MISC. POSTING | 94.88 | 05/2008 | 94.88<br>**504,438.80** | .00 | .00<br>**4,174.72** | .00 | .00 | .00<br>**-458.86** | .00<br>**.00** |
| 06/16/2008 | REGULAR PAYMENT | 2,400.00 | 06/2008 | -1,184.63<br>**505,623.43** | 3,100.20 | 484.43<br>**4,659.15** | .00 | .00 | .00<br>**-458.86** | .00<br>**.00** |
| 07/02/2008 | REGULAR PAYMENT | 2,400.00 | 07/2008 | -1,086.57<br>**506,710.00** | 3,002.14 | 484.43<br>**5,143.58** | .00 | .00 | .00<br>**-458.86** | .00<br>**.00** |
| 08/11/2008 | REGULAR PAYMENT | 2,400.00 | 08/2008 | -987.46<br>**507,697.46** | 2,903.03 | 484.43<br>**5,628.01** | .00 | .00 | .00<br>**-458.86** | .00<br>**.00** |
| 09/09/2008 | SPEC. ASSESSMENT | -380.43 | 08/2008 | .00<br>**507,697.46** | .00 | -380.43<br>**5,247.58** | .00 | .00 | .00<br>**-458.86** | .00<br>**.00** |
| 09/11/2008 | REGULAR PAYMENT | 2,405.12 | 09/2008 | -887.34<br>**508,584.80** | 2,802.91 | 489.55<br>**5,737.13** | .00 | .00 | .00<br>**-458.86** | .00<br>**.00** |
| 09/11/2008 | MISC. POSTING | 94.88 | 09/2008 | 94.88<br>**508,489.92** | .00 | .00<br>**5,737.13** | .00 | .00 | .00<br>**-458.86** | .00<br>**.00** |
| 09/22/2008 | HAZARD INS PMT | -2,077.00 | 09/2008 | .00<br>**508,489.92** | .00 | -2,077.00<br>**3,660.13** | .00 | .00 | .00<br>**-458.86** | .00<br>**.00** |
| 10/08/2008 | CITY TAX PMT | -3,183.91 | 09/2008 | .00<br>**508,489.92** | .00 | -3,183.91<br>**476.22** | .00 | .00 | .00<br>**-458.86** | .00<br>**.00** |
| 10/22/2008 | REGULAR PAYMENT | 2,405.12 | 10/2008 | -785.78<br>**509,275.70** | 2,701.35 | 489.55<br>**965.77** | .00 | .00 | .00<br>**-554.64** | .00<br>**.00** |
| 10/22/2008 | MISC. POSTING | 194.88 | 10/2008 | 194.88<br>**509,080.82** | .00 | .00<br>**965.77** | .00 | .00 | .00<br>**-554.64** | .00<br>**.00** |
| 10/23/2008 | COUNTY TAX PMT | -1,093.00 | 10/2008 | .00<br>**509,080.82** | .00 | -1,093.00<br>**-127.23** | .00 | .00 | .00<br>**-554.64** | .00<br>**.00** |
| 11/28/2008 | REGULAR PAYMENT | 2,405.12 | 11/2008 | -735.89<br>**509,816.71** | 2,651.46 | 489.55<br>**362.32** | .00 | .00 | .00<br>**-650.42** | .00<br>**.00** |
| 11/28/2008 | MISC. POSTING | 94.88 | 11/2008 | 94.88<br>**509,721.83** | .00 | .00<br>**362.32** | .00 | .00 | .00<br>**-650.42** | .00<br>**.00** |

REDACTED

Bank of America
Home Loans



| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/29/2008 | REGULAR PAYMENT | 2,548.79 | 12/2008 | -489.37<br>**510,211.20** | 2,548.61 | 489.55<br>**851.87** | .00 | .00 | .00<br>**-753.38** | .00<br>**.00** |
| 01/28/2009 | REGULAR PAYMENT | 2,651.75 | 01/2009 | -438.67<br>**510,649.87** | 2,497.91 | 489.55<br>**1,341.42** | .00 | .00 | 102.96<br>**-753.38** | .00<br>**.00** |
| 02/13/2009 | REGULAR PAYMENT | 2,500.00 | 02/2009 | -334.43<br>**510,984.30** | 2,393.67 | 440.76<br>**1,782.18** | .00 | .00 | .00<br>**-753.38** | .00<br>**.00** |
| 03/31/2009 | REGULAR PAYMENT | 2,651.75 | 03/2009 | -229.54<br>**511,213.84** | 2,288.78 | 489.55<br>**2,271.73** | .00 | .00 | 102.96<br>**-753.38** | .00<br>**.00** |
| 04/16/2009 | REGULAR PAYMENT | 2,548.79 | 04/2009 | -177.32<br>**511,391.16** | 2,236.56 | 489.55<br>**2,761.28** | .00 | .00 | .00<br>**-753.38** | .00<br>**.00** |
| 05/18/2009 | REGULAR PAYMENT | 2,867.05 | 05/2009 | -124.83<br>**511,515.99** | 2,184.07 | 704.85<br>**3,466.13** | .00 | .00 | 102.96<br>**-753.38** | .00<br>**.00** |
| 06/15/2009 | REGULAR PAYMENT | 2,600.00 | 06/2009 | -72.08<br>**511,588.07** | 2,131.32 | 540.76<br>**4,006.89** | .00 | .00 | .00<br>**-753.38** | .00<br>**.00** |
| 07/24/2009 | SPEC. ASSESSMENT | -380.43 | 06/2009 | .00<br>**511,588.07** | .00 | -380.43<br>**3,626.46** | .00 | .00 | .00<br>**-753.38** | .00<br>**.00** |
| 07/30/2009 | MISC. POSTING | 1,500.00 | 06/2009 | .00<br>**511,588.07** | .00 | 164.09<br>**3,790.55** | .00 | .00 | 753.38<br>**.00** | 582.53<br>**582.53** |
| 09/16/2009 | MISC. POSTING | 2,800.00 | 06/2009 | .00<br>**511,588.07** | .00 | .00<br>**3,790.55** | .00 | .00 | .00<br>**.00** | 2,800.00<br>**3,382.53** |
| 10/09/2009 | HAZARD INS PMT | -1,605.46 | 06/2009 | .00<br>**511,588.07** | .00 | -1,605.46<br>**2,185.09** | .00 | .00 | .00<br>**.00** | .00<br>**3,382.53** |
| 11/12/2009 | CITY TAX PMT | -3,606.44 | 06/2009 | .00<br>**511,588.07** | .00 | -3,606.44<br>**-1,421.35** | .00 | .00 | .00<br>**.00** | .00<br>**3,382.53** |
| 12/09/2009 | COUNTY TAX PMT | -1,125.84 | 06/2009 | .00<br>**511,588.07** | .00 | -1,125.84<br>**-2,547.19** | .00 | .00 | .00<br>**.00** | .00<br>**3,382.53** |
| 04/14/2010 | REGULAR PAYMENT | 3,382.53 | 07/2009 | -19.09<br>**511,607.16** | 2,078.33 | 704.85<br>**-1,842.34** | .00 | .00 | .00<br>**.00** | 618.44<br>**4,000.97** |
| 04/14/2010 | MISC. POSTING | -3,382.53 | 07/2009 | .00<br>**511,607.16** | .00 | .00<br>**-1,842.34** | .00 | .00 | .00<br>**.00** | -3,382.53<br>**618.44** |
| 08/09/2010 | SPEC. ASSESSMENT | -438.43 | 07/2009 | .00<br>**511,607.16** | .00 | -438.43<br>**-2,280.77** | .00 | .00 | .00<br>**.00** | .00<br>**618.44** |
| 09/30/2010 | MISC. POSTING | .00 | 07/2009 | .00<br>**511,607.16** | .00 | 618.44<br>**-1,662.33** | .00 | .00 | .00<br>**.00** | -618.44<br>**.00** |

REDACTED

**Bank of America**
**Home Loans**



| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/30/2010 | COUNTY TAX PMT | -882.77 | 07/2009 | .00<br>**511,607.16** | .00 | -882.77<br>**-2,545.10** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 10/01/2010 | CITY TAX PMT | -2,832.40 | 07/2009 | .00<br>**511,607.16** | .00 | -2,832.40<br>**-5,377.50** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 10/14/2010 | HAZARD INS PMT | -1,912.00 | 07/2009 | .00<br>**511,607.16** | .00 | -1,912.00<br>**-7,289.50** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 07/18/2011 | SPEC. ASSESSMENT | -438.43 | 07/2009 | .00<br>**511,607.16** | .00 | -438.43<br>**-7,727.93** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 08/29/2011 | CITY TAX PMT | -1,610.35 | 07/2009 | .00<br>**511,607.16** | .00 | -1,610.35<br>**-9,338.28** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 09/23/2011 | COUNTY TAX PMT | -520.16 | 07/2009 | .00<br>**511,607.16** | .00 | -520.16<br>**-9,858.44** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 10/13/2011 | HAZARD INS PMT | -2,085.00 | 07/2009 | .00<br>**511,607.16** | .00 | -2,085.00<br>**-11,943.44** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 07/11/2012 | SPEC. ASSESSMENT | -438.43 | 07/2009 | .00<br>**511,607.16** | .00 | -438.43<br>**-12,381.87** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 08/29/2012 | CITY TAX PMT | -1,613.88 | 07/2009 | .00<br>**511,607.16** | .00 | -1,613.88<br>**-13,995.75** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 09/05/2012 | COUNTY TAX PMT | -516.42 | 07/2009 | .00<br>**511,607.16** | .00 | -516.42<br>**-14,512.17** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |
| 09/18/2012 | HAZARD INS PMT | -2,266.00 | 07/2009 | .00<br>**511,607.16** | .00 | -2,266.00<br>**-16,778.17** | .00 | .00 | .00<br>**.00** | .00<br>**.00** |

REDACTED