EXHIBIT F

# ANNUAL NOTICE OF ASSESSMENT

**FULTON COUNTY ASSESSORS OFFICE**
141 Pryor Street, SW, Suite 1056
Atlanta, GA 30303
(404) 612-6440

Notice Date: 05/14/2012

**This is not a tax bill**
**Do not send payment**

Last Date To File Appeal:
**06/28/2012**

HILL JANET
543 AUBURN AVE NE
ATLANTA GA 30312

County property records are available online at:
www.fultonassessor.org

**OFFICIAL TAX MATTER - 2012 ASSESSMENT**

**The amount of your ad valorem tax bill for the year shown above will be based on the appraised (100%) and assessed (40%) values specified in this notice. You have the right to appeal these values to the County Board of Tax Assessors. All documents and records used to determine the current value are available on request. Additional information on the appeal process may be obtained at https://etax.dor.ga.gov/PTD/adm/taxguide/appeals.aspx**

**At the time of filing your appeal you must select one of the following options:**

(1) Appeal to the County Board of Equalization with appeal to the Superior Court. (value, uniformity, denial of exemption, taxability)
(2) To arbitration without an appeal to the Superior Court (valuation is the only grounds that may be appealed to arbitration)
(3) For a parcel of non-homestead property with a FMV in excess of $1 million, to a hearing officer with appeal to the Superior Court.

**If you wish to file an appeal, you must do so in writing no later than 45 days after the date of this notice. If you do not file an appeal by this date, your right to file an appeal will be lost. Appeal forms which may be used are available at www.fultonassessor.org**

For further information on the proper method of filing an appeal, you may contact the Board of Tax Assessors which is located at 141 Pryor Street, SW, Ste 1056, Atlanta and which may be contacted by telephone at: 404-612-6440. Your staff contact is Gibbons, Johnnie

| Account Number | Property ID Number | Acreage | Tax Dist | Covenant Year | Homestead |
|---|---|---|---|---|---|
| 0978221 | 14 -0046-0012-181-1 | .10 | EASTSIDE TAD | | YES - HF01 |

| | | | | |
|---|---|---|---|---|
| Property Description | R1 - Residential Improvement | NBHD - 14363 | | |
| Property Address | 543 AUBURN AVE NE | | | |
| Fair Market Value | Returned Value | Previous Year Value | Current Year Value | Other Value |
| 100% Fair Market Value | | 191,900 | 191,900 | |
| 40% Assessed Value | | 76,760 | 76,760 | |

**REASONS FOR NOTICE**

Annual Notice-No Change In Fair MarketValue

**The estimate of your ad valorem tax bills for the current year is based on the previous year's millage rate and the fair market value contained in this notice. The actual tax bill you receive may be more or less than this estimate. This estimate may not include all eligible exemptions.**

| Taxing Authority | Other Exempt | Homestead Exempt | Net Taxable Value | Previous Millage | Estimated Tax |
|---|---|---|---|---|---|
| FULTON OPER | | 30,000 | 46,760 | .010281 | 480.74 |
| FULTON BONDS | | | 76,760 | .000270 | 20.73 |
| **Total County Tax** | | | | | **501.47** |
| ATLANTA GENERAL | | 30,000 | 46,760 | .010240 | 478.82 |
| ATL BONDS | | | 76,760 | .001200 | 92.11 |
| ATLANTA PARKS | | 30,000 | 46,760 | .000500 | 23.38 |
| ATL SCHOOL OPER | | 30,000 | 46,760 | .021640 | 1,011.89 |
| ATL SCHOOL BOND | | | 76,760 | .000054 | 4.15 |
| Total City Tax | | | | | 1,610.35 |
| STATE | | 2,000 | 74,760 | .000200 | 14.95 |
| Total Estimate | | | | | 2,126.77 |