**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **JANET HILL,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO.** |
| | : | **1:12-cv-4344-WSD** |
| **THE BANK OF NEW YORK** | : | |
| **MELLON, et al.,** | : | |
| **Defendants.** | : | |

# ORDER

Under Local Rule 7, if the deadline for a response to a motion passes without a response being filed, the motion is deemed unopposed. *See* Local Rule 7.1B. On December 24, 2012, Defendants filed a Motion to Dismiss [4] in the above-styled action.

Accordingly,

Plaintiff is **HEREBY ORDERED** to respond to the Motion to Dismiss on or before January 14, 2013, or show cause by that date why a response has not been filed. If no response is filed, the Court shall dismiss this action pursuant to Local Rule 41.3A(2), N.D. Ga., for failure to obey a lawful order of the Court.

**SO ORDERED**, this 2nd of January, 2013.

WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE