**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **JANET HILL,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, as trustee for the certificateholders of CWALT, INC., ALTERNATIVE LOAN TRUST 2005-58, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-58; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING LP; COUNTRYWIDE HOME LOANS, INC., and ALL PERSONS CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO,**<br><br>**Defendants.** | ) | **CIVIL ACTION FILE NO.:**<br>**12-CV-4344-WSD** |

**PLAINTIFF'S MOTION TO DISMISS**

COMES NOW, Plaintiff Janet Hill, by undersigned counsel, pursuant to Fed. R. Civ. P. 4(a)(1) and Local Rule 41.1, Plaintiff Lee Howard, and moves this Court for an Order dismissing all claims against Defendants without prejudice.

WHEREFORE, Plaintiff respectfully requests that this Court dismisses without prejudice all claims against Defendants.

This the 11th day of January, 2013.

Respectfully submitted,

/s/ Greg Bailey
Gregory T. Bailey
Georgia Bar No. 032075
Attorney for Plaintiff

Greg T. Bailey & Associates
5682 Palazzo Way, Suite 101
Douglasville, Georgia 30134
Phone: (404)397-1975
Fax: (877)512-2840
attygregtbailey@msn.com

**CERTIFICATE OF FONT TYPE, SIZE AND SERVICE**

This is to certify that I have this date presented this document in Courier New, 12 point type in accordance with L.R. 5.1(C), and that I electronically filed the document with the Clerk of Court using the CM/ECF system.

This 11th day of January, 2013.

Respectfully submitted,

/s/ Greg Bailey

Gregory T. Bailey
Georgia Bar No. 032075
Attorney for Plaintiff

Greg T. Bailey & Associates
5682 Palazzo Way, Suite 101
Douglasville, Georgia 30134
Phone: (404)397-1975
Fax: (877)512-2840
attygregtbailey@msn.com