**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **JANET HILL,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, as trustee for the certificateholders of CWALT, INC., ALTERNATIVE LOAN TRUST 2005-58, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-58; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING LP; COUNTRYWIDE HOME LOANS, INC., and ALL PERSONS CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO,**<br><br>**Defendants.** | ) | **CIVIL ACTION FILE NO.:**<br>**12-CV-4344-WSD** |

**ORDER**

Upon review of the motion to dismiss, and for good cause shown, this Court hereby **GRANTS** and **APPROVES** said Motion to Dismiss.

IT IS SO ORDERED this __________ day of _______________, 2013.

______________________________
UNITED STATES DISTRICT JUDGE

Prepared by:

/s/ Greg Bailey

Gregory T. Bailey
Georgia Bar No. 032075
Attorney for Plaintiff
Greg T. Bailey & Associates
5682 Palazzo Way, Suite 101
Douglasville, Georgia 30134
Phone: (404)397-1975
Fax: (877)512-2840
attygregtbailey@msn.com