**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **JANET HILL,**<br><br>**Plaintiff,**<br><br>**V.**<br><br>**THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, as trustee for the certificateholders of CWALT, INC., ALTERNATIVE LOAN TRUST 2005-58, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-58; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING LP; COUNTRYWIDE HOME LOANS, INC., and ALL PERSONS CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO,**<br><br>**Defendants.** | ) | **CIVIL ACTION FILE NO.:**<br>**12-CV-4344-WSD** |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff files this stipulation of dismissal, signed by all parties that have appeared, dismissing this action without prejudice.

This the 10th day of June, 2013.

Respectfully submitted,

/s/ Greg Bailey

Gregory T. Bailey
Georgia Bar No. 032075
Attorney for Plaintiff
Greg T. Bailey & Associates
5682 Palazzo Way, Suite 101
Douglasville, Georgia 30134
Phone: (404)397-1975
Fax: (877)512-2840
attygregtbailey@msn.com

/s/ Jarrod S. Mendel

Andrew G. Phillips
Georgia Bar No. 575627
Jarrod S. Mendel
Georgia Bar No. 435188
McGuire Woods LLP
1230 Peachtree Street, NE
Promenade II, Suite 2100
Atlanta, Georgia 30309-3534
Phone: (404) 443-5724
Fax: (404) 443-5773
aphillips@mcguirewoods.com
jmendel@mcguirewoods.com
Attorneys for Defendants The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-58, Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., and Countrywide Home Loans, Inc.